

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00278-CV

## EX PARTE R.L.S.

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 1096-A

# O R D E R

Appellant's Motion to Strike Appellee's Brief is denied.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed March 8, 2017

